# Third District Court of Appeal

## State of Florida

Opinion filed May 21, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-2082
Lower Tribunal No. 19-12141
_____

**Joel Silva, et al.,**
Appellants,

vs.

**Tower Hill Signature Insurance Company,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Pedro P. Echarte, Jr., Judge.

The Nation Law Firm, and Mark A. Nation and Paul W. Pritchard (Longwood), for appellants.

Traub Lieberman Straus & Shrewsberry LLP, and Scot E. Samis, C. Ryan Jones and David T. Burr (St. Petersburg), for appellee.

Before LOGUE, C.J., and GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed. See Bankers Ins. Co. v. Macias, 475 So. 2d 1216, 1218 (Fla. 1985).